Max H. Stern (SBN 154424)
Jessica E. La Londe (SBN 235744)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail: mhstern@duanemorris.com
         jelalonde@duanemorris.com

Attorneys for Defendant
INDIAN HARBOR INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| A. TEICHERT & SON, INC. dba TEICHERT CONSTRUCTION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INDIAN HARBOR INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.: 2:15-cv-01547-MCE-DAD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>Crtrm:　　7, 14th Floor<br>Judge:　　Morrison C. England, Jr.<br>Complaint Filed:　July 17, 2015 |

　　　　Plaintiff A. TEICHERT & SON, INC. dba TEICHERT CONSTRUCTION ("Teichert") and Defendant INDIAN HARBOR INSURANCE COMPANY ("Indian Harbor"), collectively, "the Parties," submit this Stipulation To Extend Time To Respond To Complaint and [Proposed] Order.

　　　　WHEREAS, Teichert filed a complaint against Indian Harbor on July 17, 2015, which complaint concerns insurance coverage (and related issues) arising out of a claim made by the California Department of Transportation ("Caltrans") against Teichert;

　　　　WHEREAS, Teichert served its complaint on Indian Harbor on July 22, 2015;

　　　　WHEREAS, Indian Harbor's response to this complaint is currently due on August 12, 2015;

　　　　WHEREAS, there is a mediation on September 4, 2015 that may resolve Caltrans' claim against Teichert, as well as the disputes that are the subject of this action;

WHEREAS, the Parties wish to avoid incurring expense in this litigation if they are able to resolves their disputes in the short term in conjunction with September 4 mediation;

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, as follows:

1. Indian Harbor's time to answer or otherwise respond to Teichert's complaint is extended up to and including September 18, 2015.

IT IS SO STIPULATED AND AGREED

Dated: August 3, 2015         **DUANE MORRIS** LLP

By: /s/ Max H. Stern
Max H. Stern
Jessica E. La Londe

Attorneys for Defendant
INDIAN HARBOR INSURANCE COMPANY

Dated: August 3, 2015         **HANSON BRIDGETT LLP**

By: /s/ Miles C. Holden (as authorized on July 31, 2015)
Miles C. Holden
Candice P. Shih

Attorneys for Plaintiff
A. TEICHERT & SON, INC. dba TEICHERT CONSTRUCTION

**IT IS SO ORDERED**,

Dated: August 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT