Max H. Stern (SBN 154424)
Jessica E. La Londe (SBN 235744)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail: mhstern@duanemorris.com
         jelalonde@duanemorris.com

Attorneys for Defendant
INDIAN HARBOR INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| A. TEICHERT & SON, INC. dba TEICHERT CONSTRUCTION,<br><br>Plaintiff,<br><br>v.<br><br>INDIAN HARBOR INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:15-cv-01547-MCE-DAD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT, CONFER, AND SUBMIT JOINT STATUS REPORT; ORDER THEREON**<br><br>Crtrm:      7, 14th Floor<br>Judge:      Morrison C. England, Jr.<br>Complaint Filed:    July 17, 2015 |

    Plaintiff A. TEICHERT & SON, INC. dba TEICHERT CONSTRUCTION ("Teichert") and Defendant INDIAN HARBOR INSURANCE COMPANY ("Indian Harbor"), collectively, "the Parties," submit this Stipulation To Extend Time To Respond To Complaint, Confer, and Submit Joint Status Report and [Proposed] Order.

    WHEREAS, Teichert filed a complaint against Indian Harbor on July 17, 2015, which complaint concerns insurance coverage (and related issues) arising out of a claim made by the California Department of Transportation ("Caltrans") against Teichert;

    WHEREAS, Teichert served its complaint on Indian Harbor on July 22, 2015;

    WHEREAS, on August 3, 2015 the Parties requested a 37-day extension of time for Indian

1  Harbor to file and serve a response to the complaint [Doc. No. 6], which request the Court granted;

2  WHEREAS, pursuant to the Court's August 4, 2015 Order [Doc. No. 7], Indian Harbor's
3  response to this complaint is currently due on September 18, 2015;

4  WHEREAS, the parties' Fed. R. Civ. P. 26(f) conference and Joint Status Report are
5  currently due on September 21, 2015, pursuant to the Order Requiring Joint Status Report [Doc. No.
6  3], which requires the parties to conduct their Fed. R. Civ. P. 26(f) conference and file a Joint Status
7  Report within 60 days of service of the complaint (¶ 4);

8  WHEREAS, a mediation was held on September 4, 2015, attended by Caltrans, Teichert, and
9  Indian Harbor, but which did not resolve any claims;

10  WHEREAS, a further mediation is scheduled for September 28, 2015 that may resolve
11  Caltrans' claim against Teichert, as well as the disputes that are the subject of this action; and

12  WHEREAS, the Parties wish to avoid incurring expenses in this litigation if they are able to
13  resolve their disputes in the short term in conjunction with the continued mediation on
14  September 28.

15  Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED by and between the
16  Parties, as follows:

17  1.  Indian Harbor's time to answer or otherwise respond to Teichert's complaint is
18  extended up to and including October 12, 2015; and

19  2.  The Parties' deadline to conduct their Fed. R. Civ. P. 26(f) conference and submit a
20  Joint Status Report is extended up to and including October 12, 2015.

21  IT IS SO STIPULATED AND AGREED

23  Dated: September 10, 2015          **DUANE MORRIS LLP**

25  By:   /s/ Max H. Stern
      Max H. Stern
26    Jessica E. La Londe

27  Attorneys for Defendant
    INDIAN HARBOR INSURANCE COMPANY

Dated: September 10, 2015          **HANSON BRIDGETT LLP**

By:     /s/ Miles C. Holden (authorized on September 9, 2015)
Miles C. Holden
Candice P. Shih

Attorneys for Plaintiff
A. TEICHERT & SON, INC. dba TEICHERT CONSTRUCTION

**IT IS SO ORDERED**,

Dated:  September 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

DM1/5916646

3

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT,      CASE NO.: 2:15-CV-01547-MCE-DAD
CONFER, AND SUBMIT JOINT STATUS REPORT; [PROPOSED] ORDER

11529371.1
DM1\6094152.3