HANSON BRIDGETT LLP
MILES C. HOLDEN, SBN 263342
mholden@hansonbridgett.com
CANDICE P. SHIH, SBN 294251
cshih@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California  94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Plaintiff A. TEICHERT &
SON, INC. dba TEICHERT
CONSTRUCTION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| A. TEICHERT & SON, INC. dba TEICHERT CONSTRUCTION,<br><br>Plaintiff,<br><br>v.<br><br>INDIAN HARBOR INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:15-cv-01547-MCE-DAD<br><br>**STIPULATION TO FURTHER EXTEND TIME TO CONFER AND SUBMIT JOINT STATUS REPORT; ORDER THEREON**<br><br>Courtroom: 7, 14th Floor<br>Judge: Hon. Morrison C. England, Jr.<br>Complaint Filed: July 17, 2015 |

11586993.1

**STIPULATION TO FURTHER EXTEND TIME TO CONFER AND SUBMIT JOINT STATUS REPORT; ORDER THEREON**

Plaintiff A. TEICHERT & SON, INC. dba TEICHERT CONSTRUCTION ("Teichert") and Defendant INDIAN HARBOR INSURANCE COMPANY ("Indian Harbor"), collectively, "the Parties," submit this Stipulation To Further Extend Time To Confer and Submit Joint Status Report; [Proposed] Order.

WHEREAS, Teichert filed a complaint against Indian Harbor on July 17, 2015, which complaint concerns insurance coverage (and related issues) concerning (among other issues) a claim made by the California Department of Transportation ("Caltrans") against Teichert;

WHEREAS, Teichert served its complaint on Indian Harbor on July 22, 2015;

WHEREAS, on August 3, 2015 the Parties requested a 37-day extension of time for Indian Harbor to file and serve a response to the complaint [Doc. No. 6], which request the Court granted;

WHEREAS, on September 10, 2015 the Parties requested a 24-day extension of time for Indian Harbor to file and serve a response to the complaint and a 21-day extension of time for the Parties to conduct their Fed. R. Civ. P. 26(f) conference and submit a Joint Status Report [Doc. No. 8], which request the Court granted;

WHEREAS, Indian Harbor filed its answer on September 18, 2015;

WHEREAS, pursuant to the Court's September 21, 2015 Order [Doc. No. 10], the Parties' deadline to conduct their Fed. R. Civ. P. 26(f) conference and submit a Joint Status Report is currently October 12, 2015;

WHEREAS, a mediation was held on September 4, 2015, attended by Caltrans, Teichert, and Indian Harbor, but which did not resolve any claims;

WHEREAS, a further mediation was scheduled for September 28, 2015, but at Caltrans' request that mediation has now been rescheduled for October 28, 2015.

WHEREAS, the mediation may resolve Caltrans' claim against Teichert, as

well as the disputes that are the subject of this action; and

WHEREAS, the Parties wish to avoid burdening the Court and its staff and incurring expenses in this litigation if the Parties are able to resolve their disputes in the short term in conjunction with the continued mediation on October 28, 2015.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the Parties' deadline to conduct their Fed. R. Civ. P. 26(f) conference and submit a Joint Status Report is extended up to and including November 11, 2015.

IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

DATED: October 2. 2015          HANSON BRIDGETT LLP

By: _____/s/ Miles C. Holden_____
MILES C. HOLDEN
CANDICE P. SHIH
Attorneys for Plaintiff A. TEICHERT &
SON, INC. dba TEICHERT
CONSTRUCTION

DATED: October 2. 2015          DUANE MORRIS LLP

By: _____/s/ Max H. Stern (authorized 10/2/15)_____
MAX H. STERN
JESSICA E. LA LONDE
Attorneys for Defendant INDIAN
HARBOR INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated:  October 5, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

11586993.1

2
STIPULATION TO FURTHER EXTEND TIME TO CONFER AND
SUBMIT JOINT STATUS REPORT; ORDER THEREON