HANSON BRIDGETT LLP
MILES C. HOLDEN, SBN 263342
mholden@hansonbridgett.com
CANDICE P. SHIH, SBN 294251
cshih@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California  94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Plaintiff A. TEICHERT &
SON, INC. dba TEICHERT
CONSTRUCTION

Max H. Stern (SBN 154424)
Jessica E. La Londe (SBN 235744)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail:mhstern@duanemorris.com
          jelalonde@duanemorris.com

Attorneys for Defendant
INDIAN HARBOR INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| A. TEICHERT & SON, INC. dba TEICHERT CONSTRUCTION,<br><br>            Plaintiff,<br><br>     v.<br><br>INDIAN HARBOR INSURANCE COMPANY,<br><br>            Defendant. | CASE NO. 2:15-cv-01547-MCE-DAD<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATED REQUEST TO STAY PROCEEDINGS; ORDER THEREON**<br><br>Courtroom: 7, 14th Floor<br>Judge: Hon. Morrison C. England, Jr.<br>Complaint Filed: July 17, 2015 |

11586993.1

1     TO THE HONORABLE COURT:

2     PLEASE TAKE NOTICE THAT Plaintiff A. TEICHERT & SON, INC. dba

3   TEICHERT CONSTRUCTION ("Teichert") and Defendant INDIAN HARBOR

4   INSURANCE COMPANY ("Indian Harbor"), collectively, "the Parties," have

5   reached a conditional settlement of their disputes that are the subject of this action;

6     WHEREAS, the Parties engaged in a mediation on October 28, 2015;

7     WHEREAS, through that mediation the Parties reached a conditional

8   settlement, as part of a global settlement of this insurance coverage action and the

9   underlying liability claim, conditioned upon the finality of the underlying claim

10   settlement, the conditions of which the Parties expect may not be satisfied until

11   approximately March 14, 2016;

12     WHEREAS, on September 10, 2015 the Parties requested a 21-day extension

13   of time for the Parties to conduct their Fed. R. Civ. P. 26(f) conference and submit a

14   Joint Status Report [Doc. No. 8], which request the Court granted;

15     WHEREAS, on October 2, 2015 the Parties requested a 30-day extension of

16   time for the Parties to conduct their Fed. R. Civ. P. 26(f) conference and submit a

17   Joint Status Report [Doc. No. 12], which request the Court granted; and

18     WHEREAS, the Parties wish to avoid burdening the Court and its staff and

19   incurring expenses in this litigation during the period in which the Parties expect the

20   conditions of their conditional settlement to be satisfied.

21     Based on the foregoing, the Parties hereby jointly request that the Court stay

22   the proceedings in this action through and including March 14, 2016.

23

24

25

26

27

28

11649376.1

- 1 -

1    Further based on the foregoing, IT IS HEREBY STIPULATED AND

2 AGREED by and between the Parties that the Parties' deadline to conduct their Fed.

3 R. Civ. P. 26(f) conference and submit a Joint Status Report is extended up to and

4 including March 28, 2016.

5    IT IS SO STIPULATED AND AGREED.

6                                  Respectfully submitted,

7 DATED: October 30. 2015          HANSON BRIDGETT LLP

8                                  By:/s/ Miles C. Holden
                                   MILES C. HOLDEN
9                                  CANDICE P. SHIH
                                   Attorneys for Plaintiff A. TEICHERT &
10                                 SON, INC. dba TEICHERT
                                   CONSTRUCTION
11

12 DATED: October 30. 2015         DUANE MORRIS LLP

13                                 By:/s/ Jessica E. La Londe (authorized 10/30/15)
                                   MAX H. STERN
14                                 JESSICA E. LA LONDE
                                   Attorneys for Defendant INDIAN
15                                 HARBOR INSURANCE COMPANY

16                         **ORDER**

17    Pursuant to the above request and stipulation:

18    1.    The action is hereby stayed in its entirety through and including March

19 14, 2016; and

20    2.    The Parties' deadline to conduct their Fed. R. Civ. P. 26(f) conference

21 and submit a Joint Status Report is extended up to and including March 28, 2016.

22    IT IS SO ORDERED.

23

Dated:  November 10, 2015

24

25

26 MORRISON C. ENGLAND, JR., CHIEF JUDGE
   UNITED STATES DISTRICT COURT

27

28

11649376.1

- 2 -

NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATED
REQUEST TO STAY PROCEEDINGS; ORDER THEREON