HANSON BRIDGETT LLP
MILES C. HOLDEN, SBN 263342
mholden@hansonbridgett.com
CANDICE P. SHIH, SBN 294251
cshih@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California  94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Plaintiff
A. TEICHERT & SON, INC. dba
TEICHERT CONSTRUCTION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| A. TEICHERT & SON, INC. dba TEICHERT CONSTRUCTION,<br><br>Plaintiff,<br><br>v.<br><br>INDIAN HARBOR INSURANCE COMPANY,<br><br>Defendant. | NO. 2:15-cv-01547-MCE-KJN (TEMP)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON** |

TO THE HONORABLE COURT:

WHEREAS, Plaintiff A. TEICHERT & SON, INC. dba TEICHERT CONSTRUCTION ("Plaintiff") filed the Complaint in this action on July 17, 2015;

WHEREAS, Defendant INDIAN HARBOR INSURANCE COMPANY ("Defendant") filed its Answer on September 18, 2015 and an Amended Answer on October 9, 2015; and

WHEREAS, Plaintiff and Defendant have settled their dispute, and Plaintiff wishes to dismiss the Complaint with prejudice;

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff and Defendant, through their designated counsel, that this action be and is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

Plaintiff and Defendant further stipulate that they shall each bear their own fees and costs.

Respectfully submitted,

DATED: March 28. 2016         HANSON BRIDGETT LLP

By: /s/ Miles C. Holden
MILES C. HOLDEN
CANDICE P. SHIH
Attorneys for Plaintiff
A. TEICHERT & SON, INC. dba
TEICHERT CONSTRUCTION

DATED: March 28. 2016         DUANE MORRIS LLP

By: /s/ Jessica E. La Londe (authorized 3/28/16)
MAX H. STERN
JESSICA E. LA LONDE
Attorneys for Defendant
INDIAN HARBOR INSURANCE COMPANY

# ORDER

In accordance with the foregoing stipulation, and good cause appearing, the above-entitled action is hereby dismissed, with prejudice, each side to bear their own attorney's fees and costs. This matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: March 29, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT